UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-041-GCM-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| APPROXIMATELY $31,512.00 IN UNITED STATES CURRENCY, | ) ) ) | **DEFAULT JUDGMENT OF FORFEITURE** |
| Defendant. | ) ) ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture *in rem* of the Defendant Property was filed on January 25, 2011. This Court found probable cause for forfeiture and issued a warrant for arrest *in rem*.

2. Process was fully issued in this action and executed according to law. Pursuant to an Order and Warrant for Arrest *in Rem*, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on January 27, 2011 through February 25, 2011.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. The government has shown probable cause to believe that the Defendant Property was used or intended to be used to commit or facilitate the commission of violations of 21 U.S.C. §§ 801 *et seq.*, and is therefore subject to forfeiture under 21 U.S.C. § 881(a)(6).

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

1

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: all present and future interest in $31,512.00 in United States Currency.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

IT IS SO ORDERED.

Signed: August 18, 2011

Graham C. Mullen
United States District Judge